■■ In the Matter of ROBERT ALTMAN, Appellant, v SHERRI ROBINSON, Respondent. (Appeal No. 4.) [696 NYS2d 735] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Altman v Robinson* ([appeal No. 1] 265 AD2d 937 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Visitation.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ.